```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,      )   MAG. NO. S-05-0093-kjm
                                   )
14           Plaintiff,             )
                                   )   UNITED STATES' MOTION
15      v.                          )   TO DISMISS WITHOUT PREJUDICE
                                   )
16  PEDRO JUAN GONZALEZ TELLADO,   )
     aka Luis Duarte Garcia,       )
17       Luis Cruz Garcia,         )
         Luis Duarte,              )
18       Luis Virgilio Duarte Ruedo,)
         daddy_yanqee,             )
19       Luis; and                 )
    GABRIEL VASQUEZ ALTAMIRANO,    )
20    aka Jesus M. Catro,          )
          Jesus M. Castro,         )
21                                 )
             Defendants.           )
22  _____)
23
24       The United States, by and through its undersigned attorney,
25  hereby moves to dismiss in the interest of justice the Complaint
26  filed against the above captioned defendants (filed on March 31,
27  2005).  As against each defendant, the United States moves to
28  dismiss the Complaint without prejudice.  This motion is made to
```

1  dismiss without prejudice so that the United States could seek to
2  re-institute charges subsequent to proceedings in California state
3  courts.

                                                    Respectfully submitted,

                                                    MCGREGOR W. SCOTT
                                                    United States Attorney

DATED:   May 25, 2005            By:   /s/ Michelle Rodriguez
                                                    MICHELLE RODRIGUEZ
                                                    Assistant U.S. Attorney

                    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                      <u>ORDER</u>

    IT IS SO ORDERED, the Complaint is dismissed without prejudice.

DATED:  May 25, 2005.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE